IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ROLAND,

    Petitioner,

v.                                             Case No. 1:20-cv-255-AW-GRJ

SECRETARY, FLORIDA DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Gregory Roland has again petitioned for § 2254 relief. I have considered the magistrate judge's November 3, 2020, Report and Recommendation (ECF No. 3), to which there have been no objections. I agree with the magistrate judge that this case must be dismissed. The Report and Recommendation is adopted and incorporated into this order. The clerk will enter a judgment that says, "This successive § 2254 petition is dismissed for lack of jurisdiction." The clerk will then close the file.

SO ORDERED on December 3, 2020.

                                             s/ *Allen Winsor*
                                             United States District Judge